IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADVOCACY CENTER FOR PERSONS
WITH DISABILITIES, INC.,

    Plaintiff,

vs.                                                    CASE NO. 4:03-cv-181-RH/WCS

CHAUTAQUA OFFICES OF
PSYCHOTHERAPY AND EVALUATION, INC.

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO DISMISS

The Plaintiff, ADVOCACY CENTER FOR PERSONS WITH DISABILITIES, INC., respectfully requests an Order for leave to dismiss the above captioned matter, and in support thereof, states:

    1.    On July 3, 2002, Tammy Anderson advised the Plaintiff that her mother had been treated at the Defendant's mental health facility the evening prior to her death.

    2.    Based upon the circumstances surrounding her mother's death, Ms. Anderson asked the Plaintiff for help in obtaining her mother's mental health records from the Defendant.

    3.    The Plaintiff contacted the Defendant who refused to comply with the Plaintiff's request for the aforementioned records and suit was brought under its federal access authority.

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

03 OCT 15 PM 2: 33

- 10 -

FILED

4. On or about September 6, 2003, the Defendant supplied copies of the decedents mental health records to her daughter thereby mooting the basis for the instant action.

5. For the foregoing reason, the Plaintiff requests this matter be dismissed.

6. The undersigned has consulted with counsel for the defendant who has authorized the undersigned to represent to the Court that the Defendant has no objection to this matter being dismissed and will not seek any costs incurred in connection with this proceeding.

WHEREFORE, the Plaintiff requests an Order for leave to dismiss this action.

Respectfully submitted,

_____
GORDON B. SCOTT
Fla. Bar No.: 112860
Advocacy Center for Persons
 With Disabilities, Inc.
2671 Executive Center Circle W.
Suite 100
Tallahassee, FL 32301
(850) 488-9071
(850) 488-8640   fax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail on W. David Jester, Esq., Galloway, Johnson, Tompkins, Burr & Smith, 1101 Gulf Breeze Parkway, Suite 2, Gulf Breeze, FL 32561 on this __14th__ day of October, 2003.

_____
Gordon B. Scott